# Court of Appeals
# of the State of Georgia

ATLANTA,  August 31, 2022

*The Court of Appeals hereby passes the following order:*

**A23A0081. ROY LATIMORE v. THE STATE.**

Following a jury trial, Roy Latimore was convicted of five counts of armed robbery and three counts of possession of a firearm during commission of a felony. On February 27, 2017, the trial court denied his motion for new trial. On May 17, 2021, Latimore filed a notice of appeal, stating that he "hereby appeals to the Georgia Habeas Corpus Court of Telfair County Superior Court."

To the extent Latimore seeks appellate review of the trial court's order denying his motion for new trial, we lack jurisdiction because the notice of appeal was filed more than four years after the trial court's order was entered. See OCGA § 5-6-38 (a) (notice of appeal must be filed within 30 days after entry of the order on appeal). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Davis v. State*, 330 Ga. App. 711, 711 (769 SE2d 133) (2015).

To the extent Latimore sought habeas relief, he was required to file a petition against the warden in the county where he is incarcerated. See OCGA § 9-14-43. Because his filing "was brought against the State in the county of conviction, rather than against the warden  in the county in which he is incarcerated, it cannot be treated as a habeas corpus petition." *Davis v. State*, 274 Ga. 865, 865-866 (561 SE2d 119) (2002).



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* __08/31/2022__

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____ *, Clerk.*